**Andrea DIETRICH, f/k/a Tomey, Appellant,**

v.

**Steven TOMEY, Respondent.**

**No. ED 82892.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 23, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 26, 2004.

Case Transferred to Supreme Court
March 30, 2004.

Case Retransferred to Court of
Appeals Sept. 28, 2004.

Original Opinion Reinstated
Oct. 4, 2004.

Jennifer K. Suits, St. Charles, MO, Patricia K. Susi, Clayton, MO, for appellant.

Susan M. Hais, Clayton, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Andrea R. Dietrich (Mother) appeals the judgment of March 26, 2003 denying her motion to set aside the judgment of March 13, 2002 which judgment prohibited Mother from relocating with her minor child to Nevada. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err in denying Mother's motion. An extended opinion would have no precedential value.

We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).